Arthur M. HENRY, Petitioner,

v.

DEPARTMENT OF THE NAVY, Respondent.

No. 02–3122.

United States Court of Appeals, Federal Circuit.

April 11, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.